**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF: M.E.L., A MINOR | : No. 440 MAL 2022 |
| | : |
| | : |
| PETITION OF: D.D.L., FATHER | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of November, 2022, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, as stated by Petitioner, is:

     Whether the Superior Court erred as a matter of law and/or abused its
discretion in remanding this matter to the trial court to evaluate whether
Mother could establish the "cause" exception of 23 Pa.C.S. § 2901 where
the child is proposed to be adopted by a non-spouse?